IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil No. 3:16-CV-0106-D |
| GWENDER MILLER, *et al.*, | § § § | |
| Defendants. | § | |

## <u>ORDER</u>

The court has under consideration the findings, conclusions, and recommendation of United States Magistrate Judge Rebecca Rutherford dated January 2, 2019. The court has reviewed the findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, treating the October 30, 2018 letter of defendant Gwender Miller ("Miller") as a motion to withdraw funds, the motion is granted. It is ordered that the clerk of court distribute to Miller the remaining balance of the interpleaded funds in this case, plus any accrued interest, according to the usual procedure followed by the clerk's office.

**SO ORDERED**.

January 23, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE